United States District Court
Southern District of Texas

**ENTERED**

March 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| HOSSEIN RAMEZANNEJAD | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-135 |
| | § | |
| MARIO GARCIA *et al.* | § | |

## ORDER

Before the Court is Petitioner Hossein Ramezannejad's Petition for Writ of Habeas Corpus (Dkt. No. 1). The Court seeks supplemental briefing.

Petitioner asserts his prolonged detention, without an individualized custody determination, violates his statutory and constitutional rights (Dkt. No. 1 at 7–8). In their response, Respondents argue Petitioner is subject to mandatory detention (Dkt. No. 7 at 3). Specifically, they allege that Petitioner's removal order is not final because Petitioner's counsel "filed a notice of appeal with the BIA, challenging the Immigration Judge's decision in so far as the decision denied him asylum under the Act" (Dkt. No. 7 at 2). They included as an exhibit Petitioner's motion to withdraw, sent to the BIA, stating that he did not want to pursue the appeal, and his attorney filed the appeal without consulting him (Dkt. No. 7-8). Petitioner's reply does not address the motion to withdraw (Dkt. No. 8).

Petitioner has been detained continuously since he was apprehended (Dkt. No. 1 at 4). The Supreme Court established a six-month period within which mandatory detention under 8 U.S.C. § 1231 is presumptively compliant with constitutional due process requirements. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001). However, if the

1

statutory removal period recently commenced, the Court maintains concerns regarding its jurisdiction.

Accordingly, the parties are **ORDERED** to file supplemental briefing addressing the following issues: (1) whether Petitioner is subject to a final order of removal, (2) the Court's jurisdiction to decide this matter, and (3) if § 1231 applies to Petitioner's detention, arguments pertaining to this statutory authority.

Petitioner is **ORDERED** to file his supplemental briefing by **March 31, 2026**. Respondents are **ORDERED** to file their supplemental briefing by **April 3, 2026**. It is further **ORDERED** that if Petitioner elects to file a reply to Respondents' supplemental briefing, he may do so no later than **April 8, 2026**.

It is so **ORDERED**.

**SIGNED** March 27, 2026

Marina Garcia Marmolejo
United States District Judge